```
 1  Nancy Curry
    Chapter 13 Trustee
 2  606 S. Olive Street, Suite 950
    Los Angeles, CA  90014
 3  (213) 689-3014  FAX (213) 689-3055
 4
                    UNITED STATES BANKRUPTCY COURT
 5                  CENTRAL DISTRICT OF CALIFORNIA
 6
 7  In re:                          )  Case No.: 2:10-bk-10347-ER
                                    )
 8      Flores, Aurelia             )  TRUSTEE'S NOTICE OF
                                    )  UNCLAIMED DIVIDEND
 9                                  )  (Bankruptcy Rule 3011)
                                    )
10                                  )
                                    )
11
            TO THE CLERK OF THE ABOVE-ENTITLED COURT:
12
            Please find annexed hereto Check No. 632531 in the sum of
13
    $245.25 - $50.00 of which represents the amount of unclaimed
14
    dividend in the above-entitled debtor's estate.  The check was
15
    not deliverable at the address of record.  The Trustee, after
16
    due diligence, has not been able to locate the payee.  Said sum
17
    is paid over to you pursuant to Bankruptcy Rule 3011.  The
18
    record reflects the name and address of the party entitled to
19
    said unclaimed dividend to be:
20
                Flores, Aurelia
21              1810 S. Sycamore Ave.
                Los Angeles, CA  90019
22
23
24  Date:  March 3, 2011                    /s/ Nancy Curry
25
```

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Nancy Curry Chapter 13 Trustee

Check No. 632531

Pay to: 50000300 U.S. BANKRUPTCY COURT

Please notify us of any changes to your claim (e.g. account number, address, claim assignment)☐☐

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0926376-ER | 401-0 | GREENE, SHANNON | 5N103863 | 1,949.74 | 195.25 | 0.00 | 195.25 |
| 1010347-ER | 999-0 | FLORES, AURELIA | | 0.00 | 50.00 | 0.00 | 50.00 |

Nancy Curry
Chapter 13 Trustee
606 S. Olive ST., Suite 950
Los Angeles, CA 90014

Disbursement Account
SunTrust Bank

No. 632531

PAY: Two Hundred Forty Five Dollars and 25 Cents
TO THE ORDER OF

AMOUNT $245.25

VOID AFTER May 18, 2011

U.S. BANKRUPTCY COURT
FISCAL DEPT - U.S. COURTHOUSE
312 N. SPRING STREET, RM 906
LOS ANGELES, CA 90012

⑆632531⑆ ⑈061100790⑈ 000000575200 ⑆

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.